UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENA FRIEDMAN,<br><br>                     Plaintiff,<br><br>v.<br><br>INTERSYSTEMS CORPORATION,<br><br>                     Defendant. | Civil Action No. 05-10738 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant InterSystems Corporation files this Corporate Disclosure Statement:

1. Defendant InterSystems Corporation is owned by ISC Holdings, a Massachusetts Business Trust;

2. No publicly held company owns any interest in InterSystems Corporation.

Respectfully submitted,

INTERSYSTEMS CORPORATION,

By its attorneys,

HOLLAND & KNIGHT LLP

/s Maura J. Gerhart
Liam T. O'Connell (BBO #558429)
Maura J. Gerhart (BBO #654695)
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: April 19, 2005

## CERTIFICATE OF SERVICE

I certify that I have caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served on the parties listed below via first class mail on this 19th day of April, 2005:

Timothy K. Cutler, Esq.
Cutler P.C.
77 Franklin Street
Boston, MA  02110

Maura J. Gerhart<br>
Maura J. Gerhart, Esq.

# 2783801_v1