UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENA FRIEDMAN,<br><br>        Plaintiff,<br><br>v.<br><br>INTERSYSTEMS CORPORATION,<br><br>        Defendant. | Civil Action No. 05-10738 |

## JOINT STATEMENT SUBMITTED PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1 and this Court's Notice dated May 10, 2005, Plaintiff Dena Friedman and Defendant InterSystems Corporation submit this joint statement and proposed pre-trial schedule.

**I.** **Agenda for Scheduling Conference**

The parties propose that the agenda for the June 16, 2005 initial scheduling conference include discussion of the following:

 a. Settlement; and

 b. The parties proposed joint discovery plan.

As required under Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), counsel conferred on Friday, June 10, 2005 to establish the proposed agenda and pre-trial schedule.

II. **Joint Discovery Plan**

    a. **Initial Disclosures**

In accordance with Local Rule 26.2(a) and this Court's Order, the parties anticipate completing the disclosure of relevant documents and information as required by Fed. R. Civ. P. 26(a)(1) on or before June 30, 2005.

    b. **Fact Discovery Deadline**

The parties propose that all fact discovery, including depositions, be completed by February 15, 2006.

    c. **Written Discovery Deadline**

The parties propose that written discovery requests to a party be served at any time after the scheduling conference, provided that the party serving such requests has first made the initial disclosures required by Local Rule 26.2(A). All written discovery requests, including requests for admissions under Fed. R. Civ. P. 36, must be served so that responses are due no later than January 15, 2006.

    d. **Depositions**

The parties propose that they may notice and take depositions at any time after the scheduling conference, provided that the party has first made initial disclosures required by Local Rule 26.2(A). The parties also propose that the parties be limited to a total of ten depositions per side in accordance with Local Rule 26.1(C).

    e. **Expert Disclosure and Discovery**

The parties propose that Plaintiff must designate expert witnesses, if any, and produce expert reports by February 15, 2006, Defendant must designate expert witnesses, if any, and

produce expert reports by March 15, 2006, and the depositions of expert witness must be completed by April 30, 2006.

### III. Filing of Motions

The parties propose that all amendments to pleadings and joinder of additional parties shall be served no later than September 30, 2005.

The parties propose that any motions under Fed. R. Civ. P. 56 must be filed on or before May 31, 2006, and opposition papers to such motions shall be filed no later than June 30, 2006. Reply memoranda, if any, shall be filed by July 20, 2006.

### IV. Proposed Conferences with Court and Final Pre-Trial Conference

The parties propose that the Court schedule a status conference in January 2006. The parties also agree to the scheduling of a final pre-trial conference within forty-five (45) days of receipt of a decision of any pending dispositive motions, if dispositive motions are filed. Otherwise, the parties propose that the final pre-trial conference be scheduled in August 2006.

### V. Trial by Magistrate Judge

The parties do not consent to trial by Magistrate Judge at this time.

### VI. Compliance with Local Rule 16(D)(3)

Plaintiff's Local Rule 16.1(D)(3) certification will be filed at the scheduling conference. Defendant's Local Rule 16.1(D)(3) certification will be filed at the scheduling conference.

Respectfully submitted,

| | |
|---|---|
| DENA FRIEDMAN | INTERSYSTEMS CORPORATION, |
| By her attorneys, | By its attorneys, |
| CUTLER P.C. | HOLLAND & KNIGHT LLP |
| /s/ Timothy Cutler (MG) | /s/ Liam T. O'Connell |
| Timothy K. Cutler (BBO #636124) | Liam T. O'Connell (BBO #558429) |
| Cutler P.C. | Maura J. Gerhart (BBO #654695) |
| 77 Franklin Street | Holland & Knight LLP |
| Boston, Massachusetts, 02110 | 10 St. James Avenue |
| (617) 338-8243 | Boston, Massachusetts 02116 |
| | (617) 523-2700 |

Dated: June 10, 2005

# 2950361_v1