UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENA FRIEDMAN )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>INTERSYSTEMS CORPORATION )<br>    Defendant. )<br>_____) | Civil Action No. 05-10738 |

## JOINT MOTION TO EXTEND DATE FOR SCHEDULING CONFERENCE

Plaintiff Dena Friedman and Defendant InterSystems Corporation respectfully submit this joint motion to continue the date for the Scheduling Conference.

The parties respectfully request that the Court continue the date for the Scheduling Conference, presently set for June 16, 2005 at 2:30 p.m., to July 21, 2005 at 2:30 p.m. Plaintiff's counsel has spoken with the Court's Scheduling Clerk and she informed Plaintiff's counsel that the Court is available on July 21, 2005 at 2:30 p.m. to hold the Scheduling Conference.

This Motion is brought as a result of a scheduling conflict of Plaintiff.

RESPECTFULLY SUBMITTED,

| DENA FRIEDMAN | INTERSYSTEMS CORPORATTION |
|---|---|
| By her attorney, | By its attorneys, |
| *Tim Cutler* (h.g.) | *[signature]* |
| Timothy K. Cutler (BBO#: 636124) | Liam T. O'Connell (BBO#: 558429) |
| CUTLER P.C. | Maura J. Gerhart (BBO#: 654695) |
| 77 Franklin Street, Suite 200 | HOLLAND & KNIGHT LLP |
| Boston, Massachusetts 02110 | 10 St. James Avenue |
| (617) 338-8243 | Boston, Massachusetts 02116 |
| | (617) 523-2700 |

Dated: June 14, 2005

# 2989211_v1