UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENA FRIEDMAN,

Plaintiff,

v.

INTERSYSTEMS CORPORATION,

Defendant.

Civil Action No. 05-10738

### DEFENDANT'S CERTIFICATION
### PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the

District of Massachusetts, Defendant InterSystems Corporation and its counsel affirm that they

have conferred:  (1) with a view to establishing a budget for the costs of conducting the full

course – and various alternative courses – of litigation; and (2) to consider the resolution of this

litigation through the use of alternative dispute resolution programs such as those outlined in

Local Rule 16.4.

Respectfully submitted,

INTERSYSTEMS CORPORATION,

By: Ellen Vignoli
   Director of Human Resources
   InterSystems Corporation

COUNSEL FOR INTERSYSTEMS
CORPORATION,

Liam T. O'Connell (BBO #558429)
Maura J. Gerhart (BBO #654695)
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated:  July 20, 2005

# 3071691_v1