UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAR 10  P 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DENA FRIEDMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>INTERSYSTEMS CORPORATION,<br><br>                    Defendant. | Civil Action No. 05-10738 DPW |

### STIPULATION OF DISMISSAL

The parties hereto, by their counsel, do hereby stipulate that this action be dismissed with prejudice, without costs or fees, and with all rights of appeal waived.

INTERSYSTEMS CORPORATION,

By its attorneys,

HOLLAND & KNIGHT LLP

_____
Liam T. O'Connell (BBO No. 558249)
Maura J. Gerhart (BBO# 654695)
10 St. James Avenue
Boston, MA 02116
617-523-2700

DENA FRIEDMAN,

By her attorney,

CUTLER P.C.

_____
Timothy K. Cutler (BBO No. 636124)
77 Franklin Street, Suite 200
Boston, MA 02110
617-338-8243

Date: March 1, 2006

# 3620686_v1